1  SUE FAHAMI
   Acting United States Attorney
2  District of Nevada
   Nevada Bar Number 5634
3  EDWARD D. PENETAR
   Assistant United States Attorney
4  501 Las Vegas Blvd. South, Suite 1100
   Las Vegas, Nevada 89101
5  (702) 388-6336
   Edward.Penetar@usdoj.gov
6  *Attorneys for the United States of America*

FILED ____  RECEIVED ____
ENTERED ____  SERVED ON ____
COUNSEL/PARTIES OF RECORD

MAR 0 4 2025

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CRIMINAL INDICTMENT** |
| Plaintiff, | Case No. 2:25-cr-00042-GMN-DJA |
| vs. | **VIOLATIONS:** |
| ALEXIUS LAVELL DAVIS, | Count One: 18 U.S.C. §§ 751(a) and 4082(a) – Escape |
| Defendant. | |

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE
Escape
18 U.S.C. §§ 751(a) and 4082(a)

On or about August 30, 2024, in the State and Federal District of Nevada,

**ALEXIUS LAVELL DAVIS,**

defendant herein, did knowingly and voluntarily escape from custody of the GEO Care, Las Vegas, Nevada, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the District of Nevada upon conviction for the commission of the offense of Felon

1

in Possession of a Firearm, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2), all in violation of Title 18, United States Code, Sections 751(a) and 4082(a).

DATED: this 4th day of March, 2025.

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

SUE FAHAMI
Acting United States Attorney

EDWARD D. PENETAR
Assistant United States Attorney